**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GEORGE STRZELCZYK, | : | No. 177 MM 2016 |
| Petitioner | : | |
| v. | : | |
| PENNA BOARD OF PROBATION AND PAROLE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and the Application for Appointment of Counsel are **DENIED**.